

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Christine Goo*  *Suite 400*  DIRECT: 410-209-4924
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Christine.Goo@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717

July 21, 2021

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

  RE: United States v. Ethan Glover
    Criminal Number CCB 21-089

Dear Judge Blake:

  This is the first status letter for the above-captioned case. The Government provided discovery to defense counsel, which he is reviewing. The parties request an additional 60 days to discuss discovery and determine whether there this case may resolve by way of a plea or if a trial date needs to be set.

  Please let me know if there are any questions.

           Sincerely,

           Jonathan F. Lenzner
           Acting United States Attorney

           /S/ *Christine Goo*
           Christine Goo
           Assistant United States Attorney

CC: Joseph Murtha, Esquire