**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

February 11, 2022

MEMORANDUM TO COUNSEL

    Re:    *United States v. Ethan Glover*
                Criminal No. CCB-21-0089

Dear Counsel:

       This will confirm the results of our conference call today.  Because of Mr. Murtha's trial calendar conflict, and to preserve continuity of counsel, the trial in this case (one-week, jury) will be moved to July 18, 2022, instead of April 4, 2022.  (The trial may be moved back to start July 11, 2022, if Mr. Murtha is able to resolve a separate conflict.)

       The pretrial conference is rescheduled for **May 24, 2022**, at **4:30 p.m.** in chambers. Any motions in limine, joint voir dire, and the government's proposed jury instructions are due at the pretrial conference.  Copies also should be filed electronically, and a copy of the voir dire and instructions should be provided to our chambers email: MDD_CCBChambers@mdd.uscourts.gov in word form.

       Further, the government will file its response today to the defendant's motion to suppress, but may have until February 25, 2022, to respond to the motion for bill of particulars. A motions hearing has been scheduled for **April 1, 2022**, beginning at **9:15 a.m**. in Courtroom 7D.

       Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                              Sincerely yours,

                                              /S/

                                              Catherine C. Blake
                                              United States District Judge