UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780
MDD_SAGchambers@mdd.uscourts.gov

November 30, 2022

LETTER TO COUNSEL

Re: U.S.A. v. Ethan Glover
Criminal No. SAG-21-0089

Dear Counsel:

This will confirm some slight changes to the trial schedule.

The 6-day jury trial set to commence on January 23, 2023 at 10:00 a.m. has been rescheduled to commence at **9:30 a.m.** I will not sit on Friday, January 27, 2023, but will continue the trial through January 31, 2023.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge