## LAW OFFICES
# RICE MURTHA PSORAS LLC

G. RANDOLPH RICE
JOSEPH MURTHA
GEORGE PSORAS, JR.
GREGORY J. PSORAS
ERIC S. LICKSTEIN

1301 YORK ROAD, SUITE 200
LUTHERVILLE, MARYLAND 21093
(410) 583-6969
FAX (410) 583-4706

jmurtha@ricelawmd.com

December 1, 2022

**VIA CM/ECF**
The Honorable Stephanie A. Gallagher
United States District Judge
United States District Court
    for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

        Re:    United States v. Ethan Glover
               Case No.: SAG-21-0089

Dear Judge Gallagher:

       I am in receipt of the Court's letter Order dated November 30, 2022. I write this letter to the Court with the knowledge of the government, and without opposition from the government.

       Pursuant to the Court's Order the trial of Mr. Glover will commence on January 23, 2023, and will end the week of January 30th, with the Court noting that the trial will last through January 31, 2023. The Court has indicated that it will not sit on Friday, January 27, 2023. Mr. Wise has advised undersigned counsel of the potential conflict that was apparently the basis for the Court's decision not to sit on Friday. In a conversation with Mr. Wise it appears that he would prefer not to be required to appear in the Fourth Circuit to argue to that Court in the midst of an ongoing jury trial. As such, it is my understanding that the government does not object to a request by counsel that the Court sit on Friday, January 27, 2023.

       Additionally, I write to express my concern regarding another matter that I have scheduled on Janaury31, 2023. I am scheduled to appear in the Circuit Court for Baltimore County to commence a two week trial in the matter of *State of Maryland v. Neil Adleberg*. In the event it is anticipated that the Glover matter will carry over through January 31st I will request a postponement of that matter. But, in the event the Court will be sitting on Friday, Janauary 27th, it is possible that the Glover matter will be finished by Friday, January 27th. As such, I write to inquire if the Court intends not to sit on Friday, January 27th, or if the Court will reconsider, given the information provided in this letter, and sit on Friday, January 27, 2023.

.

Case 1:21-cr-00089-SAG   Document 72   Filed 12/01/22   Page 2 of 4

The Honorable Stephanie A. Gallagher
December 1, 2022
Page 2

Thank you for your consideration of the information and request set forth in this letter.

Sincerely,
-s-
Joseph Murtha

cc: Leo J. Wise, AUSA
Christine Goo, AUSA
Jennifer Smith, Esquire