### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No.: SAG-21-0089 |
| ETHAN GLOVER | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT'S MOTION TO SEAL RESPONSE AND EXHIBITS

Defendant Ethan Glover, by and through undersigned counsel, respectfully moves the Court to seal the Defendant's Response in Opposition to Government's Motion *In Limine* to Exclude Details of the Personal Relationship Between the Defendant his His Former Fiancee and the exhibits thereto. The enclosed reply discusses details related to the relationship between the Defendant and Government Witness K.C., including information related to their minor children. The safety of minors and witnesses is a legitimate judicial interest and there is no other appropriate way to protect this interest other than sealing the defendant's reply and exhibits.

Respectfully submitted,

_____/s/_____
Jennifer E. Smith (Bar No. 20767)
The Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
(410) 444-1500 (tel.)
(443) 836-9162 (fac.)
jennsmith0890@gmail.com

*Attorney for Defendant.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, January 11, 2023, a copy of the foregoing motion was served on all parties via ECF.

_____/s/_____
Jennifer E. Smith