Attn: Judge Stephanie Gallagher

Re: Case # 21-0089SAG

I am respectfully requesting the return of my United States Passport and any other pertinent property related to the above case.

Thank you,

Ethan Glover